**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

PETER BRESKO,                             :

            Plaintiff,        :

            v.                :          Civil Action No.
                          :          11-5098 (CCC)

RENATE BRESKO,                            :

                          :          **ORDER**

            Defendant.        :

---

    For the reasons expressed in the Memorandum Opinion filed herewith,

    IT IS on this ____28____ day of ___February___, 2012,

    ORDERED that the application filed in Bresko v. Bresko, Civil Action No. 11-5098 (CCC) (D.N.J.), Docket Entry No. 1, is deemed an application not qualified to operate as a notice of removal.  Bresko v. Bresko, Civil Action No. 11-5098 (CCC) (D.N.J.), Docket Entry No. 1, is construed as a new civil complaint; and it is further

    ORDERED that this new civil complaint filed in Bresko v. Bresko, Civil Action No. 11-5098 (CCC) (D.N.J.), Docket Entry No. 1, is dismissed, with prejudice, for lack of jurisdiction; and it is further

    ORDERED that the Clerk shall close the file on Bresko v. Bresko, Civil Action No. 11-5098 (CCC) (D.N.J.), by making a new

and separate entry on the docket of that matter reading, "CIVIL
CASE CLOSED"; and it is further

ORDERED that the Clerk shall serve copies of this Order and
Memorandum Opinion filed herewith upon the following persons: (a)
Michael B. Roberts, Esq. (michaelb.roberts@yahoo.com); (b) Jack
Venturi, Esq. (jventuri@earthlink.net); (c) Christina J.
Deleveaux, Esq. (christina.deleveaux@dol.lps.state.nj.us); (d)
Janine L. Long, Esq. (janine.long@dol.lps.state.nj.us); and John
Paragano, Esq. (1945 Morris Ave, Union, NJ, 07083).  Such service
shall be executed by means of electronic delivery or via first
class mail; and it is further

ORDERED that the Clerk shall serve copies of this Order and
Memorandum Opinion filed herewith upon Peter Bresko.  Such
service shall be executed by regular U.S. mail and addressed to
"Peter Bresko, c/o 25 Chilhowie Drive, Kinnelon, New Jersey
07405"; and it is further

ORDERED that the Clerk shall serve copies of this Order and
Memorandum Opinion filed herewith upon Judge Catherine I. Enright
of the New Jersey Superior Court, Law Division, Morris County.
Such service shall be executed by regular U.S. mail and
accompanied by a notation reading, "COURTESY SERVICE IN REGARD TO
PETER BRESKO'S MATRIMONIAL PROCEEDINGS.  SERVICE EXECUTED FOR
INFORMATIONAL PURPOSES ONLY"; and it is further

ORDERED that the Clerk shall serve copies of this Order and

Memorandum Opinion filed herewith upon Thomas J. Critchley, Jr.
of the New Jersey Superior Court, Law Division, Morris County.
Such service shall be executed by regular U.S. mail and
accompanied by a notation reading, "COURTESY SERVICE IN REGARD TO
PETER BRESKO'S DOMESTIC VIOLENCE PROCEEDINGS.  SERVICE EXECUTED
FOR INFORMATIONAL PURPOSES ONLY"; and it is finally

ORDERED that the Clerk shall file copies of this Order and
Memorandum Opinion filed herewith in <u>Bresko v. Morris County
Warden</u>, Civil Action No. 11-6217 (CCC) (D.N.J.), accompanying
said filing by the docket text reading, "DOCKETED FOR
INFORMATIONAL PURPOSES ONLY."

_____
**Claire C. Cecchi**
**United States District Judge**