UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

PETER BRESKO,

        Plaintiff,

        v.                          Civil Action No.
                                      11-5098 (CCC)
RENATE BRESKO,

                                         **ORDER**

        Defendant.

    For the reasons expressed in the Memorandum Opinion filed herewith,

    IT IS on this _28_ day of _February_, 2012,

    ORDERED that the application filed in <u>Bresko v. Bresko</u>, Civil Action No. 11-5098 (CCC) (D.N.J.), Docket Entry No. 1, is deemed an application not qualified to operate as a notice of removal. <u>Bresko v. Bresko</u>, Civil Action No. 11-5098 (CCC) (D.N.J.), Docket Entry No. 1, is construed as a new civil complaint; and it is further

    ORDERED that this new civil complaint filed in <u>Bresko v. Bresko</u>, Civil Action No. 11-5098 (CCC) (D.N.J.), Docket Entry No. 1, is dismissed, with prejudice, for lack of jurisdiction; and it is further

    ORDERED that the Clerk shall close the file on <u>Bresko v. Bresko</u>, Civil Action No. 11-5098 (CCC) (D.N.J.), by making a new

and separate entry on the docket of that matter reading, "CIVIL CASE CLOSED"; and it is further

ORDERED that the Clerk shall serve copies of this Order and Memorandum Opinion filed herewith upon the following persons: (a) Michael B. Roberts, Esq. (michaelb.roberts@yahoo.com); (b) Jack Venturi, Esq. (jventuri@earthlink.net); (c) Christina J. Deleveaux, Esq. (christina.deleveaux@dol.lps.state.nj.us); (d) Janine L. Long, Esq. (janine.long@dol.lps.state.nj.us); and John Paragano, Esq. (1945 Morris Ave, Union, NJ, 07083). Such service shall be executed by means of electronic delivery or via first class mail; and it is further

ORDERED that the Clerk shall serve copies of this Order and Memorandum Opinion filed herewith upon Peter Bresko. Such service shall be executed by regular U.S. mail and addressed to "Peter Bresko, c/o 25 Chilhowie Drive, Kinnelon, New Jersey 07405"; and it is further

ORDERED that the Clerk shall serve copies of this Order and Memorandum Opinion filed herewith upon Judge Catherine I. Enright of the New Jersey Superior Court, Law Division, Morris County. Such service shall be executed by regular U.S. mail and accompanied by a notation reading, "COURTESY SERVICE IN REGARD TO PETER BRESKO'S MATRIMONIAL PROCEEDINGS. SERVICE EXECUTED FOR INFORMATIONAL PURPOSES ONLY"; and it is further

ORDERED that the Clerk shall serve copies of this Order and

Memorandum Opinion filed herewith upon Thomas J. Critchley, Jr. of the New Jersey Superior Court, Law Division, Morris County. Such service shall be executed by regular U.S. mail and accompanied by a notation reading, "COURTESY SERVICE IN REGARD TO PETER BRESKO'S DOMESTIC VIOLENCE PROCEEDINGS. SERVICE EXECUTED FOR INFORMATIONAL PURPOSES ONLY"; and it is finally

ORDERED that the Clerk shall file copies of this Order and Memorandum Opinion filed herewith in <u>Bresko v. Morris County Warden</u>, Civil Action No. 11-6217 (CCC) (D.N.J.), accompanying said filing by the docket text reading, "DOCKETED FOR INFORMATIONAL PURPOSES ONLY."

                                        **Claire C. Cecchi**
                                        **United States District Judge**